To: Respectful Magistrate Judge Wright,

Case: 21-cv-1445 ( DSD/Kmm)          4 pages

RECEIVED
AUG 02 2023
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

Your Honor,

In advance I would like to apology for my common use of English language.

I am 61 years old family man who is been happily married for over 31 years with two daughters one graduated from saint Thomas and holding a good position with target headquarters here in downtown for the last 4 years . My other daughter graduated from u of m and currently living in Arizona and would like to become a lawyer in future.

I have lived an honest life all my life and before this incident I had a prefect clean record with credit score of 700+.

From 2019 when I was subpoena then indicted in 2021 my life and family life's have turned in to a disaster. I had to spend over 300,000 thousand dollars in legal fees which most were borrowed and I was not able to work after indictment and law suit. I lost everything and were forced to file for bankruptcy and my family went throw a nightmare. I have paid a heavy price from trusting Mark Miller.

In regards to criminal indictment likely the government realized my small roll and I was end up receiving a probation.

SCANNED
AUG -2 2023
U.S. DISTRICT COURT MPLS

I have cooperated with SEC from day one and submitted over 1000 pages of emails, bank statements, brokerage records …. I also agreed to do a voluntary deposition for 4 hours despite not have any preparation at the time.

Therefor please consider to grant me the followings:

> I understand this is a civil case but still is a federal one and a sensitive one. The government will use my conviction on criminal side of it to prove its points therefor makes it not a common civil case. I also understand the SEC filed back in 2021 but due to prolonging criminal side of it and the fact I was hoping my criminal lawyer continue to help and work with me in the civil side of it I did not focus on the civil side .
>
> In addition in consideration of this motion,
>
> I have to go against experienced government lawyers.
>
> I also need to against MR. Miller with his attorney who is working on his behalf

Therefor I am asking the court to make an exception and assign me a lawyer, since at this point I hardly could sustain and pay my monthly expenses.

The government arguments will be based three factors:

> 1) Mark Miller testimony against me but MR. Miller is not a credible witness.

2) Because of my plea bargain district attorney. It seems automatically guilty of my civil charges.
3) Since I cannot hire a lawyer the government knows I cannot adequately defend myself, therefore they know I cannot put up a good legal argument to defend myself.

I maintain that MR, Miller used me without my knowledge, Base on trust that was established through working with him for years and all giving time I was under impression he was paying his financial debt back to me.

I also must give brief description of Mr. Richard kilcheskey involvement in overall case.

MR. Richard Kikcheskey is younger half-brother of MR. MILLER. They have very close relationship. Mark Miller even helped him to build his house for free.

Richard Kicheskey was one of the CEO, S mark miller appointed in the law suit, UITA. He put up a PR after becoming CEO. He never did anything with the company and on 4/21/2021 he testified to FBI THAT HE ALSO PURCHESD his company stocks while he was a CEO. He also purchased stocks in question in the lawsuit but was never charged with anything.

Since Mr. Kilchesky involvement in all these is clear, It seems that there is double standard from SEC against me. They have giving Mr.KILECHESKY a FREE PASS Because of his positive or none testimony of one Mark miller (His brother) and they have accepted Mr. Miller testimony against me. Although as I mentioned before Miller used my trust to get me involved in all of the charges.

Second: Please allow extension for 30 days to respond to the lawsuit till sept 30th 2023 unless you grant me the public defender in that case no need for extension. Me going against government to defend my self

With all their resources isn't a fair fight and chances I loose will be high.

Third: Requesting BLLB ticker to be removed from the lawsuit. I have been convicted by the government for Bllb stock and I did agreed to pay back $57,000. The government cannot double dip nor cannot take me to the court for the second time for the same thing. If SEC tries to use that fact then is like me been trialed for the second time. That's why I think if the government is allowed to use it then this isn't a civil case since is related to my criminal case therefor I must have a lawyer to defend myself.

Fourth: Please separate my case from Mr. Miller I wasn't a co conspire but a victim.

Fifth: requesting the court to dismiss the case. I never denied not buying the stocks in fact I provided all the necessary info to the government and admitting to buying them in my deposition. Mr. Miller deceived me of pretending he was knowledgeable about stocks and was trying to pay me back his debt. This lawsuit should have been directed to Mr. Miller not me. I would make another motion to dismiss the case if denied this time after responding to the lawsuit.

Your Honor,

In the eyes of the law I am a convicted felon who is bankrupt. My criminal records will stay forever on my records and it will be very difficult for to get a decent job and build my life. I and my family have paid a heavy price for my misjudgment of trusting mark miller.

Therefore, since already been stablished through my criminal case and my bankruptcy that I have no access nor there is no money to collect now or in the future.

And the fact SEC refuses to come up with reasonable plea bargain agreement so it saves court time simply put they want it all they want everything they might get or not if they win the case.

The question is what is the point of this lawsuit that SEC planning to bring against me?

As my criminal lawyer MR. Bill Muzzy put it,

The government knows I am wounded and have no money and cannot afford to defend myself properly therefor they are bullying me.

Sincerely Yours

Saeid Jaberian

612-2512727

Perspolisjon1@gmail.com