UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

CIVIL NO. 21-CV-01445 (DSD/ECW)

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION<br><br>Plaintiff,<br><br>v.<br><br>MARK A. MILLER, SAEID JABERIAN, and CHRISTOPHER J. RAJKARAN,<br><br>Defendants. | NOTICE OF *PRO SE* DEFENDANT CHRISTOPHER J. RAJKARAN'S INCARCERATION |

Plaintiff United States Securities and Exchange Commission ("SEC") hereby notifies the Court that, on August 29, 2023, *pro se* Defendant Christopher J. Rajkaran was arrested for violating a condition of his supervised release and is currently incarcerated while *en route* to the District of Minnesota. *See United States v. Mark Allen Miller, et al.*, Case No. 21 CR 142 (DSD/KMM), Dkt. No. 257.

*Pro se* Defendant Rajkaran's Answer is due today, August 31, 2023. (Dkt. No. 36.) Plaintiff SEC has no objection to an extension of time for Defendant Rajkaran to answer or otherwise respond to the Amended Complaint. Plaintiff SEC is not aware of when Defendant Rajkaran will arrive in this District and, accordingly, will provide the Court with a status report on September 29, 2023.

Dated: August 31, 2023                     Respectfully submitted,

*/s/ Alyssa A. Qualls*
Alyssa A. Qualls, IL #6292124
United States Securities and Exchange Commission
175 West Jackson Blvd., Suite 1450
Chicago, Illinois 60604
312-353-7390

*Attorneys for Plaintiff*
*United States Securities and Exchange Commission*

## **CERTIFICATE OF SERVICE**

The undersigned attorney certifies that, on August 31, 2023, she filed the above document via the Court's CM/ECF NextGen system, which automatically sends a notice of the filing to all counsel of record. In addition, she emailed *pro se* Defendants a copy of the filing as follows:

Defendant Christopher Rajkaran
Chris6x8@gmail.com

Defendant Saeid Jaberian
perspolisjon1@gmail.com

    /s/ Alyssa A. Qualls
Alyssa A. Qualls