Case: 21-cv-1445 (DSD/Kmm)

Your Honor magistrate Wright,

Thank you for referring me to pro se project. The coordinator (Jackie Bailey) still waiting on a respond from an attorney and her also has another attorney that she could communicate with regarding my case

And since responding to SEC amendment is the important part of my case and will set the tone for remaining parts of the case,

Therefore I would respectfully ask the court to grant me another 30 days extension to determine whether pro se project is able to find an attorney to help me with my case.

Best Regards

Saeid Jaberian

9/21/2023

RECEIVED
SEP 21 2023
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA



SCANNED
SEP 22 2023
U.S. DISTRICT COURT MPLS