# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

CIVIL NO. 21-CV-01445 (DSD/ECW)

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION<br><br>Plaintiff,<br><br>v.<br><br>MARK A. MILLER, SAEID JABERIAN, and CHRISTOPHER J. RAJKARAN,<br><br>Defendants. | **STATUS REPORT AS TO *PRO SE* DEFENDANT CHRISTOPHER J. RAJKARAN** |

On August 31, 2023, Plaintiff United States Securities and Exchange Commission ("SEC") notified the Court that, on August 29, 2023, *pro se* Defendant Christopher J. Rajkaran was arrested for violating a condition of his supervised release and was incarcerated while *en route* to the District of Minnesota. (Dkt. No. 43.)

As of September 29, 2023, Plaintiff SEC understands that Defendant Rajkaran is still in transit to this district. Plaintiff SEC will provide the Court with another status report on October 31, 2023.

Dated: September 29, 2023          Respectfully submitted,

/s/ Alyssa A. Qualls
Alyssa A. Qualls, IL #6292124
United States Securities and Exchange Commission
175 West Jackson Blvd., Suite 1450
Chicago, Illinois 60604
312-353-7390

*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned attorney certifies that, on September 29, 2023, she filed the above document via the Court's CM/ECF NextGen system, which automatically sends a notice of the filing to all counsel of record. In addition, she emailed *pro se* Defendants a copy of the filing as follows:

Defendant Christopher Rajkaran
Chris6x8@gmail.com

Defendant Saeid Jaberian
perspolisjon1@gmail.com

                      /s/ Alyssa A. Qualls
                       Alyssa A. Qualls