UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| United States Securities and Exchange Commission, | Case No. 21-cv-1445 (DSD/ECW) |
| Plaintiff, | |
| v. | **ORDER** |
| Mark A. Miller, Saeid Jaberian, and Christopher J. Rajkaran, | |
| Defendants. | |

This case is before the Court on Defendant Saeid Jaberian's Motion for Extension of Time (Dkt. 44), docketed on September 22, 2023, in which he seeks a 30-day extension of time to respond to the Complaint. Responses to the Motion were due on September 29, 2023 and no party has filed an opposition. Having considered the Motion, the Motion is **GRANTED** and **IT IS ORDERED** that Jaberian shall have until and including **October 21, 2023** to respond to the Complaint.

DATED: October 2, 2023

*s/Elizabeth Cowan Wright*
ELIZABETH COWAN WRIGHT
United States Magistrate Judge