UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

CIVIL NO. 21-CV-01445 (DSD/ECW)

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION<br><br>      Plaintiff,<br><br>  v.<br><br>MARK A. MILLER, SAEID JABERIAN, and CHRISTOPHER J. RAJKARAN,<br><br>      Defendants. | **STATUS REPORT AS TO *PRO SE* DEFENDANT CHRISTOPHER J. RAJKARAN** |

On November 27, 2023, *pro se* Defendant Christopher Rajkaran was sentenced to five months' imprisonment for violating a condition of his supervised release and was remanded into the custody of the United States Marshal. *United States v. Rajkaran*, 0:21-cr-142-DSD-ECW, ECF No. 271.

Defendant Rajkaran was arrested on this charge on August 29, 2023, and was transferred to the District of Minnesota in custody. *Id.*, ECF Nos. 257-258. On October 19, 2023, the Court released Defendant Rajkaran to a half-way house and ordered home detention pending the final revocation hearing. *Id.*, ECF No. 263.

Thereafter, on November 16, 2023, Defendant Rajkaran participated in a telephone conference with the parties in this matter as required by Federal Rule of Civil Procedure 26(f) and agreed to the dates reflected in the parties' Rule 26(f) Report. (ECF No. 50.) Given Defendant Rajkaran's incarceration, he will not participate in the Court's

Pretrial Scheduling Conference set for December 1, 2023, at 9:00 a.m. Plaintiff United States Securities and Exchange Commission will inform the Court once it learns of Defendant Rajkaran's release date.

Dated: November 29, 2023          Respectfully submitted,

                                  /s/ Alyssa A. Qualls
                                  Alyssa A. Qualls, IL #6292124
                                  United States Securities and Exchange Commission
                                  175 West Jackson Blvd., Suite 1450
                                  Chicago, Illinois 60604
                                  312-353-7390

                                  *Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

The undersigned attorney certifies that, on November 29, 2023, she filed the above document via the Court's CM/ECF NextGen system, which automatically sends a notice of the filing to all counsel of record. In addition, she emailed *pro se* Defendants a copy of the filing as follows:

Defendant Christopher Rajkaran
Chris6x8@gmail.com

Defendant Saeid Jaberian
perspolisjon1@gmail.com

    /s/ Alyssa A. Qualls
Alyssa A. Qualls