# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| United States Securities and Exchange Commission, | Civil No. 21-cv-1445 (DSD/ECW) |
| Plaintiff, | |
| v. | **ORDER FOR VIDEO SETTLEMENT CONFERENCE** |
| Mark A. Miller, Christopher J. Rajkaran, and Saeid Jaberian, | |
| Defendants. | |

Magistrate Judge Elizabeth Cowan Wright will hold a settlement conference between Plaintiff United States Securities and Exchange Commission and Defendant Christopher J. Rajkaran on **December 8, 2023 from 9:30 a.m. to 11:30 am.  The settlement conference will be held via Zoom for Government.**  The Zoom for Government information is set forth at the end of this Order.  Because this is a settlement conference, only Plaintiff, counsel for Plaintiff, and Defendant Christopher J. Rajkaran will be permitted to participate in the Zoom.

This will be a **two-hour** settlement conference and the participating parties must make all efforts to position the case for resolution within about two hours.

Defendant Christopher J. Rajkaran is currently detained at Sherburne County Jail.  If counsel for Plaintiff has an email address at that Jail to which they can send email for Mr. Rajkaran, they are directed to send a copy of this Order to that email address.

**WHO MUST PARTICIPATE**

As to Plaintiff United States Securities and Exchange Commission, counsel who <u>will actually try the case</u> and <u>a party representative who is armed with full settlement authority</u>, must participate.  The party representative must have the power to change that party's settlement posture during the course of the conference.  If the party representative has a limit or "cap" on his or her authority, this requirement is not satisfied.

Defendant Christopher J. Rajkaran, who is unrepresented, must participate.

**CONFIDENTIAL LETTERS**

Plaintiff and Defendant Christopher J. Rajaran may, but are not required to email a confidential letter to Cowan_Wright_Chambers@mnd.uscourts.gov setting forth the parties' current settlement position, the history of negotiations, and any other information the party would like to present to the Court that will assist with the settlement conference.

**CONFIDENTIALITY**

All written and oral statements made by participants or their representatives during or in relation to this settlement conference are confidential.  Disclosure of confidential communications made during or in relation to this settlement conference is prohibited by this Order, except as authorized by the Court or agreed to by the parties.

**FAILURE TO COMPLY**

Failure of any party or attorney to comply with any part of this Order may result in the postponement of the settlement conference or imposition of an appropriate sanction on the party or attorney who failed to comply, or both.

## ZOOM INFORMATION

### Meeting Link

https://www.zoomgov.com/j/1609117510?pwd=dVA1RzhuWXRDdllZQzB2TlpUMkZhQT09

Meeting ID: 160 911 7510

Passcode: 070371cr

### One tap mobile

+16692545252,,1609117510#,,,,*57988476# US (San Jose)
+16468287666,,1609117510#,,,,*57988476# US (New York)

---

Dial by your location
• +1 669 254 5252 US (San Jose)
• +1 646 828 7666 US (New York)
• +1 646 964 1167 US (US Spanish Line)
• +1 669 216 1590 US (San Jose)
• +1 415 449 4000 US (US Spanish Line)
• +1 551 285 1373 US (New Jersey)

Meeting ID: 160 911 7510
Passcode: 57988476


Dated:  December 4, 2023            *s/Elizabeth Cowan Wright*
                                    ELIZABETH COWAN WRIGHT
                                    United States Magistrate Judge