UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

CIVIL NO. 21-CV-01445 (DSD/ECW)

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>MARK A. MILLER, SAEID JABERIAN, and CHRISTOPHER J. RAJKARAN,<br><br>　　　　　　　　Defendants. | **[PROPOSED] ORDER ENTERING PROTECTIVE ORDER AMONG PLAINTIFF SEC, DEFENDANT, and DEFENDANT JABERIAN** |

　　　　Plaintiff United States Securities and Exchange Commission ("SEC"), Defendant Mark Miller, and Defendant Saeid Jaberian have stipulated to a protective order in the above-referenced matter. (Dkt. No. 57.) Defendant Rajkaran will consider the Stipulation for Protective Order upon his release from imprisonment on or about February 2024.

　　　　The Court having considered the Stipulation for Protective Order and the entire file of this case, the Stipulation for Protective Order IS HEREBY ORDERED.

Date:　February __, 2024

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Hon. Elizabeth Cowan Wright
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

**CERTIFICATE OF SERVICE**

      The undersigned attorney certifies that, on February 27, 2024, she filed the above document via the Court's CM/ECF NextGen system, which automatically sends a notice of the filing to all counsel of record. In addition, she emailed *pro se* Defendants a copy of the filing as follows:

    Defendant Christopher Rajkaran
    chris6x8@gmail.com


    Defendant Saeid Jaberian
    perspolisjon1@gmail.com


                                       /s/ Alyssa A. Qualls
                                          Alyssa A. Qualls