# EXHIBIT 1

## Qualls, Alyssa A

| | |
|---|---|
| **From:** | Google Calendar <calendar-notification@google.com> on behalf of Chris Rajkaran <chris6x8@gmail.com> |
| **Sent:** | Monday, November 13, 2023 9:48 PM |
| **To:** | Qualls, Alyssa A |
| **Subject:** | Accepted: SEC v. Miller - Rule 26(f) Conference @ Tue Nov 14, 2023 9pm - 10pm (UTC) (Qualls, Alyssa A) |
| **Attachments:** | invite.ics |

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

**Chris Rajkaran has accepted this invitation.**

-- Do not delete or change any of the following text. --

When it's time, join your Webex meeting here.

Join meeting

More ways to join:

Join from the meeting link

https://secgov.webex.com/secgov/j.php?MTID=ma78965704ccad086e658fde37ac7b9c4

Join by meeting number

Meeting number (access code): 2761 316 1682

Meeting password: ixMcEJMi732 (49623564 from phones and video systems)

Tap to join from a mobile device (attendees only)
+1-929-251-9612,,27613161682#49623564# USA Toll 2
+1-415-527-5035,,27613161682#49623564# US Toll
Some mobile devices may ask attendees to enter a numeric meeting password.

Join by phone
+1-929-251-9612 USA Toll 2
+1-415-527-5035 US Toll
Global call-in numbers

Join from a video system or application
Dial 27613161682@secgov.webex.com

If you are a host, click here to view host information.

Need help? Go to https://help.webex.com

**When**

Tuesday Nov 14, 2023 · 9pm – 10pm (Coordinated Universal Time)

**Guests**

Qualls, Alyssa A - organizer
Chris Rajkaran - creator
perspolisjon1@gmail.com
rob@beitolengelinglaw.com
Rodriguez, Kristine - optional
Winters, Raven A - optional

View all guest info

Invitation from Google Calendar

You are receiving this email because you are an attendee on the event. To stop receiving future updates for this event, decline this event.

Forwarding this invitation could allow any recipient to send a response to the organizer, be added to the guest list, invite others regardless of their own invitation status, or modify your RSVP. Learn more

2

# EXHIBIT 2

An official website of the United States government. Here's how you know

A-Z Topics | Site Map | FOIA

Search bop.gov

| Home | About Us | Inmates | Locations | Careers | Business | Resources | Contact Us |

# Find an inmate.

Locate the whereabouts of a federal inmate incarcerated from 1982 to the present. Due to the First Step Act, sentences are being reviewed and recalculated to address pending Federal Time Credit changes. As a result, an inmate's release date may not be up-to-date. Website visitors should continue to check back periodically to see if any changes have occurred.

**Find By Number** | **Find By Name**

| First | Middle | Last | Race | Age | Sex |
|---|---|---|---|---|---|
| christopher | | Rajkaran | | | |

1 Result for search **christopher Rajkaran**    Clear Form    Search

## CHRISTOPHER JAMES RAJKARAN

Register Number: 51074-509

Age: 38
Race: Asian
Sex: Male

Released On: 03/04/2024

**Related Links**

Call or email
Send mail/package
Send money
Visit
Voice a concern

About the inmate locator & record availability

| About Us | Inmates | Locations | Careers | Business | Resources | Resources For ... |
|---|---|---|---|---|---|---|
| About Our Agency | Find an Inmate | List of our Facilities | Life at the BOP | Acquisitions | Policy & Forms | Victims & Witnesses |
| About Our Facilities | First Step Act | Map of our Locations | Explore Opportunities | Solicitations & Awards | News Stories | Employees |
| Historical Information | Communications | Search for a Facility | Current Openings | Reentry Contracting | Press Releases | Volunteers |
| Statistics | Custody & Care | | Application Process | | Publications | Former Inmates |
| | Visiting | | Our Hiring Process | | Research & Reports | Media Reps |
| | Report a Concern | | | | | |

Accessibility | Contact Us | FOIA | Information Quality | No FEAR Act | Privacy Policy | Website Feedback
USA.gov | Justice.gov | Open Government

# EXHIBIT 3

## Qualls, Alyssa A

| | |
|---|---|
| **From:** | Qualls, Alyssa A |
| **Sent:** | Tuesday, March 5, 2024 4:04 PM |
| **To:** | Chris Rajkaran |
| **Cc:** | Cotter, Amy S.; Rodriguez, Kristine; Winters, Raven A |
| **Subject:** | SEC v. Miller, et al., Case No. 21-CV-1445 (DSD/ECW) |
| **Attachments:** | 2024-03-05 Letter to C. Rajkaran.pdf; 57. Stipulation for Protective Order.pdf |

Mr. Rajkaran,

Enclosed please find correspondence concerning the above-referenced matter.

Regards,

**Alyssa A. Qualls**
Senior Trial Counsel
Chicago Regional Office

**OFFICE**   +1 312 886 2542
**MOBILE**   +1 312 623 9888
quallsa@sec.gov



# EXHIBIT 4



**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
175 W. Jackson Boulevard, Suite 1450
Chicago, IL 60604

CHICAGO
REGIONAL OFFICE

March 5, 2024

**Via Email & UPS**

Christopher Rajkaran

chris6x8@gmail.com

Re:   *SEC v. Mark A. Miller, et al.,*
      **Case No. 21-CV-1445 (DSD/ECW)**

Dear Mr. Rajkaran:

I write to you in connection with the above-referenced matter.

On December 1, 2023, the Court ordered you to answer or otherwise respond to the First Amended Complaint by January 5, 2024 and to serve your initial disclosures by January 26, 2024. (Dkt. No. 53.) You failed to meet those deadlines even though you agreed to them at the December 1, 2023 Initial Pretrial Conference, which you attended via telephone from prison. (Dkt. Nos. 52-53.)

According to the Bureau of Prisons website, you were released from custody yesterday, on March 4, 2024. Please contact me at your earliest convenience to discuss when you will be able to respond to the First Amended Complaint and meet the other deadlines in this case. I can be reached by email or at (312) 886-2542. If I do not hear from you, I will seek relief from the Court.

Lastly, I have enclosed Stipulation for Protective Order signed by Plaintiff United States Securities and Exchange Commission and Defendants Miller and Jaberian, which was filed on February 27, 2024. (Dkt. No. 57.) Please review it and return it to me with your signature.

Sincerely,

*Alyssa Qualls*

Alyssa A. Qualls
Senior Trial Counsel
quallsa@sec.gov

Enclosure

# EXHIBIT 5

**Qualls, Alyssa A**

| | |
|---|---|
| **From:** | UPS <pkginfo@ups.com> |
| **Sent:** | Thursday, March 7, 2024 9:18 AM |
| **To:** | Qualls, Alyssa A |
| **Subject:** | UPS Delivery Notification, Tracking Number 1ZA3749TA293018612 |

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.



**Hello, your package has been delivered.**

**Delivery Date:** Thursday, 03/07/2024
**Delivery Time:** 10:15 AM
**Left At:** RESIDENTIAL
**Signed by:** somie

**Experience UPS My Choice® Premium Today**
Be in total control of how, when and where your packages are delivered.

Upgrade to Premium Now

| Set Delivery Instructions | Manage Preferences | View My Packages |

**SEC CHICAGO REG OFFICE**

| | |
|---|---|
| **Tracking Number:** | 1ZA3749TA293018612 |
| **Ship To:** | CHRISTOPHER RAJKARAN  US |
| **Number of Packages:** | 1 |
| **UPS Service:** | UPS Next Day Air® |
| **Package Weight:** | 0.0 LBS |

1

2

© 2024 United Parcel Service of America, Inc. UPS, the UPS brandmark, and the color brown are trademarks of United Parcel Service of America, Inc. All rights reserved.

All trademarks, trade names, or service marks that appear in connection with UPS's services are the property of their respective owners.

Please do not reply directly to this email.

**Manage Your UPS My Choice Delivery Alerts**

**Review the UPS Privacy Notice**

**Review the UPS My Choice Service Terms**

# EXHIBIT 6

# Qualls, Alyssa A

| | |
|---|---|
| **From:** | Qualls, Alyssa A |
| **Sent:** | Tuesday, March 12, 2024 9:48 AM |
| **To:** | Chris Rajkaran |
| **Cc:** | Cotter, Amy S.; Winters, Raven A; Rodriguez, Kristine |
| **Subject:** | FW: SEC v. Miller, et al., Case No. 21-CV-1445 (DSD/ECW) |
| **Attachments:** | 2024-03-05 Letter to C. Rajkaran.pdf; 57. Stipulation for Protective Order.pdf |

Mr. Rajkaran,

I await your response to this letter. Please call me at 312-886-2542.

Thanks,
Alyssa

**From:** Qualls, Alyssa A
**Sent:** Tuesday, March 5, 2024 4:04 PM
**To:** Chris Rajkaran <chris6x8@gmail.com>
**Cc:** Cotter, Amy S. <CotterA@SEC.GOV>; Rodriguez, Kristine <RodriguezK@SEC.GOV>; Winters, Raven A <wintersr@SEC.GOV>
**Subject:** SEC v. Miller, et al., Case No. 21-CV-1445 (DSD/ECW)

Mr. Rajkaran,

Enclosed please find correspondence concerning the above-referenced matter.

Regards,

**Alyssa A. Qualls**
Senior Trial Counsel
Chicago Regional Office

**OFFICE**   +1 312 886 2542
**MOBILE**   +1 312 623 9888
quallsa@sec.gov

