# UNITED STATES DISTRICT COURT
## District of Minnesota

United States Securities and Exchange Commission,

                  Plaintiff,

v.

Mark A. Miller, Saeid Jaberian, Christopher J. Rajkaran,

                  Defendants.

**CLERK'S ENTRY OF DEFAULT**

Case Number:  21-cv-1445 DSD/ECW

It appearing that defendant(s) Christopher J. Rajkaran is in default for failure to plead or otherwise defend in this action, as required by law, now, therefore, on application of plaintiff, United States Securities and Exchange Commission,

DEFAULT IS HEREBY ENTERED against Christopher J. Rajkaran.

Date: 3/26/2024

KATE M. FOGARTY, CLERK