UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>MARK A. MILLER, SAEID JABERIAN, and CHRISTOPHER J. RAJKARAN,<br><br>　　　　　　Defendants. | Case No. 21-CV-01445 (DSD/ECW) |

**PLAINTIFF SEC'S MOTION TO STRIKE
THE AFFIRMATIVE DEFENSES OF DEFENDANTS MILLER AND JABERIAN**

**TO DEFENDANTS:**

**PLEASE TAKE NOTICE** that Plaintiff United States Securities and Exchange Commission ("SEC") will, and hereby does, move the Court to strike certain affirmative defenses asserted by Defendant Mark Miller and *pro se* Defendant Saeid Jaberian.

The SEC's motion is based on the accompanying Memorandum of Law and any other evidence or argument the SEC may present in support of the Motion. A proposed order and a Notice of Hearing and Meet and Confer Statement have been filed contemporaneously herewith.

Dated: May 17, 2024                /s/ *Alyssa A. Qualls*
                                   Alyssa A. Qualls (QuallsA@sec.gov)
                                   United States Securities and Exchange Commission
                                   175 West Jackson Blvd., Suite 1450
                                   Chicago, Illinois 60604
                                   Phone: (312) 353-7390 | Fax: (312) 353-7398

                                   *Attorney for Plaintiff*
                                   *United States Securities and Exchange Commission*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on May 17, 2024, I served the foregoing Plaintiff SEC's Motion to Strike the Affirmative Defenses of Defendants Miller and Jaberian upon the following by as indicated below:

| | |
|---|---|
| **Mark A. Miller** | **Saeid Jaberian** |
| Robert A. Lengeling, #304165<br>310 Fourth Ave S, Suite 1050<br>Minneapolis, Minnesota 55415<br>(612) 963-1555 / (612) 333-8003 fax<br>rob@beitolengelinglaw.com<br>*Via ECF* | Minneapolis, Minnesota 55305<br>perspolisjon1@gmail.com<br>(612) 251-2727<br>*Via Email* |
| *Attorney for Defendant Miller* | *Defendant Jaberian, Pro Se* |

**Christopher J. Rajkaran**

Cooperstown, New York 13326
chris6x8@gmail.com
***Via Email and Personal Service***

*Defendant Rajkaran, Pro Se*

　　　　　　　　　　　　　　　　　　　　 /s/ Alyssa A. Qualls