UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| UNITED STATES SECURITIES AND EXCHANGE COMMISSION, | Case No. 21-cv-1445 (DSD/ECW) |
|---|---|
| Plaintiff, | |
| v. | ORDER |
| MARK A. MILLER, SAEID JABERIAN, and CHRISTOPHER J. RAJKARAN, | |
| Defendants. | |

This case is before the Court on the Joint Motion to Extend Fact Discovery (Dkt. No. 88). Having considered the Joint Motion, and for good cause shown, the Motion is **GRANTED** and **IT IS ORDERED** that the deadlines are modified as follows:

| Deadline | Date |
|---|---|
| Fact Discovery Commenced in Time to Be Completed by: | November 4, 2024 |
| Non-Dispositive Motions Relating to Fact Discovery: | November 15, 2024 |
| Expert Initial Disclosures: | December 2, 2024 |
| Expert Rebuttal Disclosures: | January 3, 2025 |
| Expert Discovery: | February 6, 2025 |
| Non-Dispositive Motions Relating to Expert Discovery | February 20, 2025 |

| Deadline | Date |
|---|---|
| Dispositive Motions (*see* Judge Doty's requirements on pages 7-8 of the Pretrial Scheduling Order (Dkt. 53) | April 7, 2025 |
| Trial Ready Date | August 6, 2025 |

The Court has considered the SEC's request to order Miller and Jaberian to attend their depositions in person in Minneapolis, Minnesota, or any other reasonable location of their choosing in the District of Minnesota suitable to conduct a deposition of seven hours, on September 19, 2024 and September 20, 2024, respectively. (Dkt. 88 at 4.) The Court orders Miller and Jaberian to appear in person, at a location in Minneapolis, Minnesota, or any other reasonable location of their choosing in the District of Minnesota (unless another location is agreed to by the parties) suitable to conduct a deposition of seven hours on the record of each by the SEC, on September 19, 2024 and September 20, 2024, respectively.

    **SO ORDERED.**

Dated: __August 21, 2024_           _s/Elizabeth Cowan Wright_
                                                   ELIZABETH COWAN WRIGHT
                                                   United States Magistrate Judge