United States Securitas exchange commission,

Plaintiff

v.

Mark Miller, Saied Jaberian , and Christopher J , Rajkaran,

Case No 21-cv-1445 (DSD/ECW)

SECOND MOTION TO REQUEST COURT TO COMPEL THE RELEASE OF DISCOVERY DOCUMENTS FROM MR.MUZZY IN MY CRIMINAL CASE.

To: The Honorable Magistrate Judge Elizabeth Cown wright

You're Honor,

I am writing to respectfully request a modification to the protective order that was signed during my criminal case, which is currently preventing Mr. Muzzy's office from releasing the necessary discovery documents.

Despite my efforts over the past few months, I have been unable to obtain these documents. Following the denial of my previous motion, which was due to the absence of a subpoena, I have since subpoenaed and served Mr. Muzzy on September 6, 2024. However, Mr. Muzzy's office has informed me that they are still unable to release the documents without a modification to the protective order.

Furthermore, Mr. Muzzy's office did not comply with the subpoena's deadline of September 16, 2024, further delaying my access to the documents. As these documents are crucial to my case, I am once again requesting that the court allow modifications to the protective order so that Mr. Muzzy may release the discovery documents.

I appreciate the court's consideration of this matter.

Respectfully,
Saeid Jaberian
9/20/2024

