UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

UNITED STATES SECURITIES AND
EXCHANGE COMMISSION
Plaintiff,
V.
MARK A. MILLER, SAEID JABERIAN,
And CHRISTOPHER J. RAJKARAN,
Defendants.

Case No. 21-CV-01445 (DSD/ECW)

Defendant Saeid Jaberian

AMENDED INITIAL DISCLOSURES

In accordance with Rule 26(a)(1) and Rule 26(e) of the Federal Rules of Civil Procedure,
Defendant Saeid Jaberian makes the following amended initial disclosures to Plaint full United Security Commission (SEC) These
Initial disclosures are based upon the information that is available right now. Discovery, Independent investigation, and analysis may supply additional facts, leading to additions or changes in the present disclosures. The Defendant Saeid Jaberian will amend, supplement, or
Otherwise modify these disclosures as required by Rule 26(e) of the Federal Rules of Civil
Procedure. No incidental or implied admissions are intended by these disclosures.

1- Medx Holding Inc (MEDH)

Individuals Who May Have Discoverable Information (SEC already has contact information for the individuals listed)

 1- Mark Miller

2- Richard kilchesky
3- Jason Black
4- Randy Goulding

Dated: 10/01/2024 respectfully submitted,

Saeid Jaberian

