AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

| United States Securities and Exchange Commission | )  |
|---|---|
| *Plaintiff* | ) |
| v. | ) Civil Action No. 21-CV-01445 (DSD/ECW) |
| Mark A. Miller, Saeid Jaberian, and Christopher J. Rajkaran | ) |
| *Defendant* | ) |

RECEIVED OCT 03 2024
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

SCANNED OCT 0 4 2024 U.S. DISTRICT COURT MPLS

To: Mauzy Law Office, PA, 650 3rd Ave. S., Suite 260, Minneapolis MN 55402

*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material:

Please produce your entire file in the case U.S. v. Mark Allen Miller, Christopher James Rajkaran, Saeid Jaberian, Case No.: 0:21-cr-00142 (DSD/KMM)(D. Minn). Documents may be sent by email.

| Place: Saeid Jaberian (perspolisjon1@gmail.com) 12601 Ridgemount Ave. W. Minnetonka, MN 55305 | Date and Time: 09/16/2024 1:00 pm |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 9/30/2024

CLERK OF COURT

*Kate M. Fogarty*
*Signature of Clerk or Deputy Clerk*

OR

_____
*Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* _____, who issues or requests this subpoena, are:

**Notice to the person who issues or requests this subpoena**
If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

| United States District Court | DISTRICT OF MINNESOTA |
|---|---|
| United States Security and Exchange Commission | Court File Number |
| Plaintiff, | 21-CV-01445 (DSD/ECW) |
| v. | |
| Mark A. Miller, et al. | |
| Defendant, | Affidavit of Service |

**RECEIVED OCT 03 2024**
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

State of Minnesota )
County of Hennepin )

I, Dominic Playle, state that on Monday, September 30, 2024 at 2:05 PM I served the Subpoena upon Mauzy Law Office, P.A., therein named, personally at Suite 260, 650 3rd Ave S, Minneapolis, MN 55402, by handing to and leaving with Anne Klimek, Office Manager, a Managing Agent of said Mauzy Law Office, P.A., a true and correct copy thereof.

I declare under penalty of perjury that this information is true.

Dated: 9/30/2024

Dominic Playle, Process Server

*2692473 - 1*

**METRO LEGAL**
legal support specialists since 1969

616 South 3rd Street
Minneapolis, MN 55415-1104
(800) 488-8994
www.metrolegal.com

RE: Jaberian

-1-