UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

UNITED STATES SECURITIES AND

EXCHANGE COMMISSION

Plaintiff,

v.

MARK A. MILLER, SAEID JABERIAN,

And CHRISTOPHER J. RAJKARAN,

Defendants.                                        Case No. 21-CV-01445 (DSD/ECW)

## Non- dispositive motion

Your Honor,

I have yet to receive the discovery documents from Mr. Muzzy office. I am awaiting these documents to proceed with filing a summary judgment. Therefore, I respectfully request an extension of Non-dispositive motions deadline to November 30th, with all other dates remaining the same.

Best regards

Saeid Jaberian

11/04/2024