UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| **UNITED STATES SECURITIES AND EXCHANGE COMMISSION,**<br><br>Plaintiff,<br><br>v.<br><br>**MARK A. MILLER, SAEID JABERIAN, and CHRISTOPHER J. RAJKARAN,**<br><br>Defendants. | Case No. 21-CV-01445 (DSD/ECW) |

**PLAINTIFF'S MOTION FOR REMEDIES AND FINAL JUDGMENT
<u>AGAINST DEFENDANT MARK A. MILLER</u>**

Plaintiff United States Securities and Exchange Commission ("SEC"), pursuant to the agreed framework for determining financial remedies previously entered by the Court (Dkt. No. 99, § V), respectfully moves this Court to impose remedies and enter a final judgment against Defendant Mark A. Miller.

In support of this motion, the SEC is filing a Memorandum of Law, the Declaration of Kathleen Sweeney, and a proposed Final Judgment order.

Dated: December 23, 2024  /s/ Alyssa A. Qualls
Alyssa A. Qualls (QuallsA@sec.gov)
Robert M. Moye (MoyeR@sec.gov)
U.S. Securities and Exchange Commission
Chicago Regional Office
175 West Jackson Blvd., Suite 1450
Chicago, Illinois 60604
Phone: (312) 353-7390

*Attorneys for the Plaintiff United States Securities and Exchange Commission*

## CERTIFICATE OF SERVICE

I hereby certify that on December 23, 2024, I served the Plaintiff's Motion for Remedies and Final Judgment against Defendant Mark A. Miller upon the following individuals as indicated below:

**Mark A. Miller**

Robert A. Lengeling
310 Fourth Ave S, Suite 1050
Minneapolis, Minnesota 55415
(612) 963-1555
rob@beitolengelinglaw.com
***Via ECF***

*Attorney for Defendant Miller*

**SAEID JABERIAN**
Minneapolis, Minnesota 55305
perspolisjon1@gmail.com
(612) 251-2727
***Via Email***

*Pro Se*

**Christopher J. Rajkaran**
Cooperstown, New York 13326
chris6x8@gmail.com
***Via Email***

*Pro Se*

   */s/ Alyssa A. Qualls*
    Alyssa A. Qualls