UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION, | Court File No. 21-cv-1445 (DSD/ECW) |
| Plaintiff, | |
| v. | **MOTION FOR PERMISSION FOR DEFENDANT MILLER TO APPEAR VIRTUALLY** |
| MARK A. MILLER, SAEID JABERIAN, and CHRISTOPHER RAJKARAN, | |
| Defendants. | |

_____

The Defendant, Mark Miller, by and through his attorney, moves the Court for an order allowing him to appear at the motion hearing in this matter by telephone. Miller lives over two hours north of the Twin Cities. He reports the cost of driving to Minneapolis and unpaid time away from his work are significant enough that he asks to appear and participate in the hearing by phone. If the Court agrees and prefers a different method, he can appear by remote conference technology.

Local Rule 7.3 (a) states that the Court may conduct any civil proceeding virtually by telephone or video. Miller respectfully asks the Court to allow him to save the time and expense of appearing in this matter. Counsel will work with the Court's staff to set up the appearance if the request is granted. Counsel for Miller believes the Plaintiff will likely object to this request based on earlier requests of the same nature.

                                        Law Office of Robert A. Lengeling, PLLC

Date:__January 13, 2025___        By ___s/ Robert A. Lengeling_____
                                                    MN ID# 304165
                                                    310 Fourth Ave S, Suite 1050
                                                    Minneapolis, Minnesota 55415
                                                    (612) 963-1555 / (612) 333-8003 fax
                                                    robert@lengelinglaw.com
                                                    ATTORNEY FOR DEFENDANT