UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>MARK A. MILLER, SAEID JABERIAN, and CHRISTOPHER J. RAJKARAN,<br><br>Defendants. | Case No. 21-CV-01445 (DSD/ECW) |

PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT
AGAINST DEFENDANT SAEID JABERIAN

Plaintiff United States Securities and Exchange Commission ("SEC"), pursuant to Rule 56 of the Federal Rules of Civil Procedure and LR 7.1(c), respectfully moves this Court for partial summary judgment against Defendant Saeid Jaberian and for an order imposing injunctive relief. The SEC is filing a supporting Memorandum of Law, the Declaration of Alyssa A. Qualls, and a proposed order.

Dated: February 21, 2025

*/s/ Alyssa A. Qualls*
Alyssa A. Qualls (QuallsA@sec.gov)
Robert M. Moye (MoyeR@sec.gov)
U.S. Securities and Exchange Commission
Chicago Regional Office
175 West Jackson Blvd., Suite 1450
Chicago, Illinois 60604
Phone: (312) 353-7390

*Attorneys for the Plaintiff United States Securities and Exchange Commission*

## CERTIFICATE OF SERVICE

I hereby certify that on February 21, 2025, I served the Plaintiff's Motion for Partial Summary Judgment against Defendant Saeid Jaberian upon the following individuals as indicated below:

**Mark A. Miller**

Robert A. Lengeling
310 Fourth Ave S, Suite 1050
Minneapolis, Minnesota 55415
(612) 963-1555
rob@beitolengelinglaw.com
***Via ECF***

*Attorney for Defendant Miller*

**Christopher J. Rajkaran**
Cooperstown, New York 13326
chris6x8@gmail.com
***Via Email***

*Pro Se*

**SAEID JABERIAN**
Minneapolis, Minnesota 55305
perspolisjon1@gmail.com
(612) 251-2727
***Via Email***

*Pro Se*

   */s/ Alyssa A. Qualls*
    Alyssa A. Qualls