UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>MARK A. MILLER, SAEID JABERIAN, and CHRISTOPHER J. RAJKARAN,<br><br>Defendants. | Case No. 21-CV-01445 (DSD/ECW) |

**DECLARATION OF ALYSSA A. QUALLS IN SUPPORT OF PLAINTIFF SEC'S MOTION FOR PARTIAL SUMMARY JUDGMENT AGAINST DEFENDANT SAEID JABERIAN**

I, Alyssa A. Qualls, do hereby declare under penalty of perjury in accordance with 28 U.S.C. § 1746, that the following is true and correct, and further, that this declaration is made on my personal knowledge and that I am competent to testify as to the matters stated herein:

1. I am an attorney of record in these proceedings for Plaintiff United States Securities and Exchange Commission ("SEC").

2. Attached as Exhibit 1 to this declaration is a true and correct copy of the indictment against Defendants Mark A. Miller ("Miller"), Saied Jaberian ("Jaberian"), and Christopher J. Rajkaran in *United States v. Miller*, No. 0:21-cr-00142-DSD-ECW, Dkt. No. 1 (D. Minn.).

3. Attached as Exhibit 2 to this declaration is a true and correct copy of

Jaberian's Plea Agreement in *United States v. Miller*, No. 0:21-cr-00142-DSD-ECW, Dkt. No. 168 (D. Minn.).

4. Attached as Exhibit 3 to this declaration is a true and correct copy of Jaberian's Judgment of Conviction in *United States v. Miller*, No. 0:21-cr-00142-DSD-ECW, Dkt. No. 199 (D. Minn.).

5. Attached as Exhibit 4 to this declaration is a true and correct copy of a transcript excerpt of Jaberian's November 28, 2022 guilty plea in *United States v. Miller*, No. 0:21-cr-00142-DSD-ECW (D. Minn.).

6. Attached as Exhibit 5 to this declaration is a true and correct copy of a transcript of Jaberian's May 10, 2023 sentencing proceedings in *United States v. Miller*, No. 0:21-cr-00142-DSD-ECW (D. Minn.).

7. Attached as Exhibit 6 to this declaration is a true and correct copy of an excerpt of Jaberian's September 20, 2024 Deposition in this matter.

8. Attached as Exhibit 7 to this declaration is a true and correct copy of Miller's Plea Agreement in *United States v. Miller*, No. 0:21-cr-00142-DSD-ECW, Dkt. No. 238 (D. Minn.).

9. Attached as Exhibit 8 to this declaration is a true and correct copy of Miller's Judgment of Conviction in *United States v. Miller*, No. 0:21-cr-00142-DSD-ECW, Dkt. No. 210 (D. Minn.).

10. Attached as Exhibit 9 to this declaration is a true and correct copy of Miller's Amended Judgment of Conviction in *United States v. Miller*, No. 0:21-cr-00142-DSD-ECW, Dkt. No. 212 (D. Minn.).

11.     Attached as Exhibit 10 to this declaration is a true and correct copy of Miller's Second Amended Judgment of Conviction in *United States v. Miller*, No. 0:21-cr-00142-DSD-ECW, Dkt. No. 229 (D. Minn.).

12.     Attached as Exhibit 11 to this declaration is a true and correct copy of Miller's Third Amended Judgment of Conviction in *United States v. Miller*, No. 0:21-cr-00142-DSD-ECW, Dkt. No. 249 (D. Minn.).

13.     Attached as Exhibit 12 to this declaration is a true and correct copy of an excerpt of Miller's September 19, 2024 Deposition in this matter.

Dated: February 21, 2025           Respectfully submitted,

                                   */s/ Alyssa A. Qualls*
                                   Alyssa A. Qualls (QuallsA@sec.gov)
                                   Senior Trial Counsel

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on February 21, 2025, I served the Declaration of Alyssa A. Qualls in Support of Plaintiff SEC's Motion for Partial Summary Judgment Against Defendant Saeid Jaberian upon the following as indicated below:

**Mark A. Miller**

Robert A. Lengeling, #304165
310 Fourth Ave S, Suite 1050
Minneapolis, Minnesota 55415
(612) 963-1555 / (612) 333-8003 fax
rob@beitolengelinglaw.com
*Via ECF*

*Attorney for Defendant Miller*

**Saeid Jaberian**

Minneapolis, Minnesota 55305
perspolisjon1@gmail.com
(612) 251-2727
*Via Email*

*Defendant Jaberian, Pro Se*

**Christopher J. Rajkaran**

Cooperstown, New York 13326
chris6x8@gmail.com
*Via Email*

*Defendant Rajkaran, Pro Se*

   */s/ Alyssa A. Qualls*