```
              UNITED STATES DISTRICT COURT
                 DISTRICT OF MINNESOTA
                CIVIL NO.21-1445(DSD/ECW)
```

UNITED STATES SECURITIES AND
EXCHANGE COMMISSION,

        Plaintiff,

v.                                                **ORDER**

MARK A. MILLER, SAEID
JABERIAN, and CHRISTOPHER J.
RAJKARAN,

        Defendants.


This matter came before the court upon the Joint Motion to Vacate the Trial-Ready Date by Plaintiff United States Securities and Exchange Commission and Defendant Jaberian. The court has reviewed the motion and finds good cause for granting it. Accordingly, **IT IS HEREBY ORDERED** that the parties' motion [ECF No. 141] is granted and the August 6, 2025, trial-ready date is vacated.


Dated: July 1, 2025

                                            s/David S. Doty
                                            David S. Doty, Judge
                                            United States District Court