**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION<br><br>            Plaintiff,<br><br>   v.<br><br>SAEID JABERIAN,<br><br>            Defendant. | Case No. 21-CV-01445 (DSD/ECW) |

**AGREED MOTION FOR ENTRY OF**
**CONSENT JUDGMENT AGAINST DEFENDANT SAEID JABERIAN**

Plaintiff United States Securities and Exchange Commission ("SEC" or "Commission"), on an agreed basis, respectfully requests that the Court approve and enter the proposed consent judgment against Defendant Saeid Jaberian, in the form attached hereto as Exhibit 2. If entered, this proposed consent judgment will resolve this matter in its entirety.

1.      The SEC filed the Amended Complaint on November 1, 2021. (Dkt. No. 20.) The case was stayed shortly thereafter until the resolution of the parallel criminal case, *United States v. Miller, et al.*, No. 21 CR 142 (Dkt. No. 29.)

2.      The stay was lifted in 2023 and, since then, the SEC's claims against Defendants Mark Miller and Christopher Rajkaran have been resolved by this Court through the entry of final judgments. (Dkt. Nos. 113, 128-129.)

3.      The SEC then moved for partial summary judgment against Defendant Saeid Jaberian, the last remaining defendant, based upon his criminal conviction in the parallel criminal case. On April 9, 2025, the Court granted the SEC's motion and permanently enjoined Jaberian from violating (i) Section 10(b) of the Securities Exchange Act of 1934, 15 U.S.C. § 78j(b), and Rule 10b-5 promulgated thereunder, 17 C.F.R. § 240.10b-5, and (ii) Section 17(a) of the Securities Act of 1933, 15 U.S.C. § 77q(a). (Dkt. Nos. 139 at 6-8, ¶¶ 2-5; 140 ¶¶ 2-5.) The Court also barred Jaberian from serving as a public company officer or director or participating in an offering of penny stock. (Dkt. Nos. 139 at 8, ¶¶ 6-7; 140 ¶¶ 6-7.) The Court agreed to consider, upon motion of the SEC, whether disgorgement of ill-gotten gains and/or a civil penalty is appropriate in this matter. (Dkt. Nos. 139 at 8-9, ¶ 8; 140 ¶ 8.)

4.      The SEC and Defendant Jaberian have now agreed to a proposed resolution of these financial remedies. Defendant Jaberian has agreed to the entry of a consent judgment requiring him to pay disgorgement in the amount of $66,749, plus prejudgment interest in the amount of $10,348, in five installments to the Commission on a prescribed timetable. (Exhibit 1, Jaberian Consent ¶ 3, Exhibit 2, Jaberian Proposed Final Judgment §§ V-VI.)

5.      Approval of a settlement in an SEC enforcement case is appropriate where it is "fair and reasonable, with the additional requirements that the public interest would not be disserved, in the event that the consent decree includes injunctive relief." *SEC v. Citigroup Global Markets, Inc.*, 752 F.3d 285, 294 (2d Cir. 2014). The factors to be considered include: (1) the basic legality of the decree; (2) whether the terms of the

decree, including its enforcement mechanism, are clear; (3) whether the consent decree reflects a resolution of the actual claims in the complaint; and (4) whether the consent decree is tainted by improper collusion or corruption of some kind. *Id*. at 294-95 (internal citations omitted).

6.      Given the allegations in the Amended Complaint, the relief set forth in paragraph 4 is a fair and reasonable resolution of this matter. The monetary relief imposed by the proposed consent judgment is authorized by law. The terms of the proposed judgment are clear. The consent judgment resolves all of the remaining relief against Defendant Jaberian, the last remaining defendant in this matter. There have been no collusions or impropriety involved in the negotiation and approval of the proposed consent judgment.

7.      Defendant Jaberian has executed the consent, which is Exhibit 1 to this motion, and has agreed that the proposed judgment, which is Exhibit 2, may be entered immediately. (Exhibit 1 ¶ 13.)

Wherefore, the SEC respectfully requests that the Court enter the consent judgment against Defendant Saeid Jaberian in the form proposed as Exhibit 2.

Dated:  January 26, 2026       Respectfully submitted,

**UNITED STATES SECURITIES
AND EXCHANGE COMMISSION**

By:    */s/ Alyssa A. Qualls*

Alyssa A. Qualls (quallsa@sec.gov)
Robert M. Moye (moyer@sec.gov)
Raven A. Winters (wintersr@sec.gov)
United States Securities and Exchange Commission
Chicago Regional Office
175 West Jackson Boulevard, Suite 1450
Chicago, Illinois 60604
(312) 353-7390

4

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on January 26, 2026, I served the foregoing

Agreed Motion for Entry of Consent Judgment Against Defendant Saeid Jaberian upon

the following by email delivery:

**Saeid Jaberian**
perspolisjon1@gmail.com

*Defendant Jaberian, Pro Se*


　　　　　　　　　　　　　　　 */s/ Alyssa A. Qualls*